UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| KELLY LIMESTONE, L.L.C., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 2:08CV00053AGF |
| | ) | |
| SKYLINE MATERIALS, LTD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the ADR Compliance Report filed on April 1, 2010 which states the parties have achieved a settlement,

**IT IS HEREBY ORDERED** that the parties shall file, on or before May 3, 2010, dismissal papers dismissing the case. Failure to comply may result in the dismissal of the case by the Court.

Dated this 5th day of April, 2010.

*[signature: Audrey G. Fleissig]*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE